**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISCTRICT OF WASHINGTON– SEATTLE DIVISION**

LOZANO ET AL,

       Plaintiffs/Respondents

v.

DOES I-X, ET AL,

       Defendants,

v.

BIRCH,

       Petitioner.

Civil Misc. Action No. 2:22-mc-00078

Judge Robert S. Lasnik

**ATTACHMENT A**

**From:**     Kirsten Fraser
**To:**       "ramosimmigration@gmail.com"
**Subject:**  Lozano et al v. Doe, et al. Subpoena
**Date:**     Wednesday, September 21, 2022 9:45:32 AM

Stefania,

Thank you for your call last week regarding the third party subpoena that was served on you.  I'm writing to memorialize our conversation.  You agreed to look for responsive documents, and that we would postpone the deposition for several weeks given the upcoming birth of your child.  I would like to set some timelines regarding the documents.  Would it be reasonable for you to look for the documents and get back to me by October 14th?  As for the deposition, one thought I had was to do a brief deposition over Zoom this week or next, so that it is not looming over your head.  Otherwise, could we look for a date in mid to late November or early December?

Best regards,

Kirsten Fraser
**ORGAN LAW LLP**
1330 Dublin Road
Columbus, Ohio 43215
614.481.0900/614.869.3221 (direct)
614.481.0904 (f)
www.organlegal.com